GRISWOLD, Respondent, v. EDEN, Appellant. (City Court of New York, General Term. June, 1897.) Action by M. Adelaide Griswold against Edward Eden. J. B. Hands, for appellant. G. A. Heaney, for respondent.

SCHUCHMAN, J. Order appealed from "denying motion to vacate and set aside the service

of the summons herein, and the judgment entered herein on October 21, 1896, and all the proceedings taken thereon," is affirmed, with costs.

